HEATHER E. WILLIAMS, Bar #122664
Federal Defender
801 I Street, 3rd floor
Sacramento, California 95814-2512
heather_williams@fd.org
Telephone: (916) 498.5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case № 2:19-cr-00107-KJM |
| vs. | ) | **APPLICATION AND ORDER FOR APPOINTMENT OF CJA LEARNED COUNSEL – POTENTIAL DEATH PENALTY PROSECUTIONS** |
| JASON CORBETT (8), | ) | |
| Defendant. | ) | |

The Federal Defender – California Eastern, in its roles as a member of the CJA Panel Selection Committee and finding appointed counsel for individuals requiring legal consultation and representation, pursuant to 18 U.S.C. §§ 3005, 3006A, and 3599`, requests this Court appoint counsel for JASON CORBETT and recommends appointment of **Richard G. Novak, 65 N. Raymond Ave., Suite 320, Pasadena, CA 91103, (626) 578.1175, richard@rgnlaw.com** as CJA Learned Counsel in the law applicable to capital cases, as co-counsel to CJA appointed Panel Lawyer Kresta N. Daly as follows:

Given the seriousness of the possible death sentence to JASON CORBETT's charges, it is important for to have representation and counsel as soon as possible, even pre-indictment. In a possible death penalty case, a defendant must have two counsel. We request Mr. Novak's appointment here be effective *nunc pro tunc* to June 29, 2019 when Death Penalty Resource Counsel discussed his potential representation with him.

Dated: July 17, 2019

                                                                                     */s/ Heather E. Williams*
                                                                        HEATHER E. WILLIAMS
                                                                        Federal Defender

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints **Richard G. Novak** as learned counsel, pursuant to 18 U.S.C. §§ 3005, 3006A and 3599. Said appointment is effective *nunc pro tunc* to June 29, 2019.

Dated: July 22, 2019

_____
UNITED STATES DISTRICT JUDGE