UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-cr-107-KJM |
| Plaintiff, | |
| v. | ORDER |
| JASON CORBETT, | |
| Defendant. | |

On January 23, 2020, defendant Jason Corbett submitted an application to file under seal an *ex parte* request for the issuance of subpoenas pursuant to Federal Rule of Criminal Procedure 17(c). ECF No. 357. The application material demonstrates that filing the request under seal pursuant to Local Rule 141 is appropriate.[1] *See United States v. Tomison*, 969 F. Supp. 587 (E.D. Cal. 1997). Accordingly, defendant's request to file his *ex parte* application under seal is granted. However, for the reasons stated in the order filed concurrently and under seal, defendant's application for issuance of Rule 17(c) subpoenas is denied.

DATED: January 30, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties have filed a stipulation and proposed order seeking to establish a briefing scheduling on defendant's request to seal documents. ECF No. 359. The court finds that the *ex parte* application should be filed under seal and the parties' stipulation is moot.