IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JASON CORBETT,<br><br>  Defendant. | Case No. 2:19-CR-00107-KJM<br><br>**[PROPOSED] ORDER SEALING DOCUMENTS** |

Good cause appearing, Jason Corbett's Amended Request to Seal Documents is granted. The documents identified in the accompanying notice – the "application[s] for subpoena[s] pursuant to Federal Rule of Criminal Procedure 17(c)" – shall be sealed until further order of the court. Counsel is directed to forthwith email PDF copies of the documents approved for filing under seal to approvedsealed@caed.uscourts.gov.

Dated: June 22, 2020.

_____
Honorable Edmund F. Brennan
United States Magistrate Judge