IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RONALD YANDELL, et al.<br><br>　　　　Defendants. | Case No. 2:19-CR-00107-KJM<br><br>**ORDER GRANTING DEFENDANT JASON CORBETT'S REQUEST TO SEAL DOCUMENTS** |

For the reasons set forth in Defendant Jason Corbett's request to seal and for good cause shown, the Court hereby grants that request and orders that the *Request to Seal* and the *Supplemental Status Report* lodged for under seal filing by Mr. Corbett on October 8, 2021 shall be filed under seal and neither shall not be disclosed to any other party without prior written order of this Court.

IT IS SO ORDERED.

Dated: October 14, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE