IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:19-CR-00107-KJM |
| Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] |
| v. | ) | |
| | ) | **ORDER SEALING DOCUMENTS** |
| JASON CORBETT, et al. | ) | |
| Defendants. | ) | |
| | ) | |

Defendant Jason Corbett, through his counsel, applied for an Order issuing a subpoena duces tecum, pursuant to Federal Rule of Criminal Procedure 17(c), and this Court, having considered the application found good cause to grant that request. Mr. Corbett also filed an application to have certain documents sealed.[1] The Court further finds good cause and orders the following documents sealed:

(1) Mr. Corbett' application for subpoena[s];

(2) The Order granting the subpoena[s];

(3) Mr. Corbett's request the subpoena[s] be filed under seal; and

(4) Order granting Mr. Corbett's request to seal.

So ordered.

DATED: June 7, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel's "Notice of Filing Under Seal" erroneously states that the documents sought to be sealed are objections pursuant to Federal Rule of Criminal Procedure 59. *See* ECF No. 1180.