1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, CA 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Richard G. Novak, SBN 149303
**Law Offices of Richard G. Novak**
PO Box 5549
Berkeley, CA 94705
Telephone: (626) 578-1175
Facsimile: (626) 685-2562
Email: richard@rgnlaw.com

Attorneys for Defendant
JASON CORBETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

      v.

JASON CORBETT,

        Defendants.

Case No. 2:19-CR-00107-KJM

**JASON CORBETT'S JOINDER IN RONALD YANDELL'S OBJECTIONS AND MOTION FOR GRAND JURY RECORDS**

    Jason Corbett hereby joins Ronald Yandell previously filed objections (ECF 1181) and motion to inspect Grand Jury records (ECF 1209).

Dated: July 12, 2022

                By    s/ Kresta Daly
                    KRESTA NORA DALY and RICHARD NOVAK
                    Attorneys for Jason Corbett

BARTH DALY LLP
Attorneys At Law