Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Richard Glenn Novak, SBN 149303
Naomi L. Svensson
**RICHARD G. NOVAK, APLC**
PO Box 5549
Berkeley, CA 94705
Telephone: (626) 578-1175
Facsimile: (626) 685-2562
Email: richard@rgnlaw.com

Attorneys for Defendant
JASON CORBETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-CR-0107-KJM |
| Plaintiff, | **NOTICE OF MOTION** |
| v. | |
| JASON CORBETT, | Date: December 12, 2022<br>Time: 9:00am |
| Defendant. | Judge: Honorable Allison Claire |

PLEASE TAKE NOTICE that defendant Jason Corbett notices a Motion to Compel Production of Discovery on December 12, 2022 at 9:00am before the Honorable Allison Claire, Magistrate Judge.

//

//

//

//

---

Notice of Motion　　　　　　　　　　　　　　1　　　　　　　　　　　　　19-CR-0107-KJM-AC

Dated: October 12, 2022  Respectfully submitted,

By  */s/ Kresta Nora Daly*
    KRESTA NORA DALY
    RICHARD G. NOVAK
    Attorneys for Jason Corbett