Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, CA 95696
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Richard G. Novak, SBN 149303
**Law Offices of Richard G. Novak**
PO Box 5549
Berkeley, CA 94705
Telephone: (626) 578-1175
Facsimile: (626) 685-2562
Email: richard@rgnlaw.com

Attorneys for Defendant
JASON CORBETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JASON CORBETT,<br><br>    Defendant. | Case No. 2:19-CR-00107-KJM<br><br>**NOTICE OF FILING UNDER SEAL** |

    Kresta Daly and Richard Novak, attorneys for Jason Corbett, provide notice that a Motion to Compel Discovery is being filed regarding Mr. Corbett. The documents sought to be sealed are the entirety of the motion including exhibits pursuant to Federal Rule of Criminal Procedure 59. The motion contains sensitive information which is covered by protective order[s] previously issued in this case. The documents were served on all parties with the exception of Michael Torres. Mr. Torres is pro per. The motion was served on his standby counsel, Michael Hansen.

The Application to Seal and Proposed Order will be electronically mailed to the Court for consideration.

For these reasons, the defense respectfully requests that the documents requesting to be filed under seal, remain under seal until further Order of the Court.

Dated: October 12, 2022

By    s/ Kresta Daly
KRESTA NORA DALY and RICHARD NOVAK
Attorneys for Jason Corbett