# DECLARATION OF RICHARD G. NOVAK

I, RICHARD G. NOVAK, declare as follows:

1.   Along with Kresta N. Daly and Naomi L. Svensson, I am counsel of record for defendant Jason Corbett (Mr. Corbett) in this matter. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.   Attached to this declaration as Exhibit A is an order issued by United States District Judge Edward M. Chen of the Northern District of California, which resolved disputes concerning the admissibility of co-conspirator statements in the case United States v. Jonathan Nelson, et al., Case No. 17-cr-533(A)-EMC. I was appointed as Learned Counsel for Mr. Nelson, and then remained one of his two trial attorneys after the Attorney General decided not to seek the death penalty against Mr. Nelson. Attorney Marcia Morrissey, who is Learned Counsel for defendant Mr. Brady in this matter, was Learned Counsel and then co-counsel for Russell Ott, one of Mr. Nelson's co-defendants in that matter. Mr. Nelson, Mr. Ott, and a third defendant proceeded to trial in that matter earlier this year.

3.   In that matter, twelve defendants were charged with racketeering conspiracy, conspiracy to commit racketeering murder, racketeering murder, and other crimes of violence and firearms offenses. The universe of potential co-conspirator statements was based upon the contents of numerous seized electronic devices, statements made to or overheard by cooperating witnesses who testified at trial, and statements made to or overheard by victims who testified at trial. There were no court-authorized wiretaps as there are in this case.

4.   This order is provided to this court in connection with the instant motion in order to make clear exactly what information the defendants believe this court should compel the government to produce in advance of trial, so that there

can be an orderly resolution of disputes about co-conspirator statements well in advance of trial.

5. The chart attached to Judge Chen's order sets forth the information that he had earlier ordered the government to provide as to each co-conspirator statement it intended to offer at trial, sets forth the defendants' objections, if any, to those statements, sets forth the governments' reply, if any, to those objections and then, in the last column, depicts Judge Chen's rulings.

6. The parties exchanged an Excel chart to facilitate this process and it was then provided to Judge Chen once the issues had been fully briefed and the Court had conducted a hearing on the issues. The only portion of the chart prepared by the court was the far-right column which depicts the court's rulings.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 20th day of October 2022.

/s/ Richard G. Novak
_____
RICHARD G. NOVAK