1  Kresta Nora Daly, SBN 199689
   **BARTH DALY LLP**
2  PO Box F
   Winters, CA 95694
3  Telephone: (916) 440-8600
   Facsimile: (916) 440-9610
4  Email: kdaly@barth-daly.com

5  Richard G. Novak, SBN 149303
   Naomi Svensson, SBN 251660
6  **Law Offices of Richard G. Novak**
   PO Box 5549
7  Berkeley, CA 994705
   Telephone: (626) 578-1175
8  Facsimile: (626) 685-2562
   Email: richard@rgnlaw.com,
9  nsvensson@rgnlaw.com

10 Attorneys for Defendant
   JASON CORBETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JASON CORBETT,<br><br>    Defendants. | Case No. 2:19-CR-00107-KJM<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER** |

1. Defendant Jason Corbett filed a Motion to Compel Discovery. Dkt. 1300. The government filed an opposition. Dkt. 1368. The motion was set to be heard before Judge Claire on December 14, 2022. A status conference was set before Judge Mueller at the same date and time. Prior to the deadline for the defense to file their reply brief the status conference was re-set for January 25, 2023. The hearing on the Motion to Compel Discovery was re-set for the same date.

2. The parties hereby agree the defense reply brief will be due no later than one week prior to the hearing on the discovery motion, January 18, 2023.

Dated: December 15, 2022

By    s/ Kresta Daly
     KRESTA NORA DALY, RICHARD NOVAK and
     NAOMI SVENSSON
     Attorneys for Jason Corbett

Dated: December 15, 2022           Phillip Talbert, United States Attorney

By    s/ Jason Hitt
     JASON HITT
     ROSS PEARSON
     DAVID SPENCER

     Attorneys for Plaintiff

## ORDER

Good cause appearing, the defense can file their reply brief no later than January 18, 2023.

Dated: December 15, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE