Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Richard Glenn Novak, SBN 149303
Naomi L. Svensson
**RICHARD G. NOVAK, APLC**
PO Box 5549
Berkeley, CA 94705
Telephone: (626) 578-1175
Facsimile: (626) 685-2562
Email: richard@rgnlaw.com

Attorneys for Defendant
JASON CORBETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-CR-0107-KJM-AC |
| Plaintiff, | **EX PARTE APPLICATION FOR DEADLINE TO PRODUCE DISCOVERY** |
| v. | |
| JASON CORBETT, | |
| Defendant. | |

On October 12, 2022 Jason Corbett filed a motion to compel discovery. Dkt. 1300. The government objected. Dkt. 1368. This Court heard that motion on January 25, 2023. Dkt.1403. This Court granted in part and denied in part Mr. Corbett's discovery requests on February 10, 2023. Dkt. 1434.

On March 3, 2023 the undersigned emailed counsel for plaintiff and asked when CDCR and plaintiff could reasonably comply with the Court's order. In summary, Mr. Hitt responded he anticipated late April as a compliance date. On April 27, 2023 a status hearing was held in this

matter. The minutes reflect "Mr. Novak noted that given Magistrate Judge Claire's ruling, he is expecting some discovery no later than 4/30/2023". Dkt. 1499.

As of the filing of this request Mr. Corbett has not received the items this Court ordered produced. Trial is less than ten months away. Mr. Corbett sought discovery early because he requires this information to adequately prepare for trial. The passage of additional months will hamper his trial preparations.

Mr. Corbett therefore asks this Court to set a date by which plaintiff must produce the previously ordered discovery. Mr. Corbett requests this Court set that date as June 1, 2023.

Dated: May 2, 2023                              Respectfully submitted,


By   /s/ Kresta Nora Daly
     KRESTA NORA DALY
     RICHARD G. NOVAK
     Attorneys for Jason Corbett

ORDER

Good cause appearing, plaintiff is hereby ordered to produce the items ordered in dkt. 1434 no later than June 1, 2023.

Dated: May 3, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE