UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON KEIF CORBETT,<br><br>Defendant. | No.  2:19-cr-00107-KJM<br><br><br>ORDER TO FILE DOCUMENTS EX PARTE AND UNDER SEAL |

An application for an Order to File Documents Under Seal having been made in the above-entitled matter, and the Court being fully advised and good cause appearing, it is HEREBY ORDERED that the following items be filed ex parte and under seal and their confidentiality maintained:

1. One Federal Rule of Criminal Procedure 17(c) Application and Request to Seal submitted to chambers on May 16, 2023;
2. The Rule 17(c) subpoena;
3. The Court's detailed order granting the subpoena application and request to seal.

SO ORDERED.

Dated: June 26, 2023

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1