Kresta Nora Daly, SBN 199689
**BARTH DALY** LLP
2810 Fifth Street
Davis, CA 95618
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email:      kdaly@barth-daly.com

Richard G. Novak, SBN 149303
Naomi L. Svensson SBN 251660
**Richard G. Novak, APLC**
P.O. Box 5549
Berkeley, CA 94705
Telephone: (626) 578-1175
Facsimile: (626) 685-2562
Email:      richard@rgnlaw.com

Attorneys for Defendant
JASON CORBETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD YANDELL, et al.<br><br>Defendants. | Case No. 2:19-CR-00107-KJM<br><br>**UNOPPOSED BRIEFING SCHEDULE FOR GOVERNMENT MOTION FOR EXTENSION OF TIME (ECF 1590) AND DEFENDANTS' JOINT MOTION TO PRECLUDE THE DEATH PENALTY (ECF 1603); ORDER** |

Defendant Jason Corbett, by and through his counsel of record, hereby notifies the court that Ronald Yandell, William Sylvester, Brant Daniel, Pat Brady, and Jason Corbett ("Defendants") jointly propose the following briefing schedules:

The proposed briefing schedule for the Government's Motion for Extension of Time, filed August 23, 2023 (ECF 1590), is as follows:

| | |
|---|---|
| **Defendants' Joint Opposition (ECF 1602)** | **Filed Wednesday, August 30, 2023** |
| **Government's Reply** | **Due Wednesday, September 6, 2023** |
| **Hearing on the Motion** | **September 20, 2023** |

The proposed briefing schedule for the Defendants' Joint Motion to Preclude the Death Penalty (ECF 1603) is as follows:

| | |
|---|---|
| **Government's Opposition** | **Due Wednesday, September 13, 2023** |
| **Defendants' Reply** | **Due Friday, September 15, 2023** |
| **Hearing on the Motion** | **September 20, 2023** |

The Government has reviewed this proposed briefing schedule and has no objection.

Dated:  August 31, 2023       Respectfully submitted

By   /s/
KRESTA NORA DALY
RICHARD G. NOVAK
NAOMI L. SVENSSON
Attorneys for Jason Corbett

**ORDER**

The Court accepts the proposed briefing schedule for the Government's Motion for Extension of Time [ECF 1590] and the Defendants' Motion to Preclude the Death Penalty [ECF 1603]. Accordingly, the Court orders the following schedule:

For the Government's Motion for Extension of Time (ECF 1590):

| | |
|---|---|
| Government's Reply | Due Wednesday, September 6, 2023 |
| Hearing on the Motion | September 20, 2023, at 9:00 am |

The proposed briefing schedule for the Defendants' Joint Motion to Preclude the Death Penalty (ECF 1603) is as follows:

| | |
|---|---|
| Government's Opposition | Due Wednesday, September 13, 2023 |
| Defendants' Reply | Due Friday, September 15, 2023 |
| Hearing on the Motion | September 20, 2023, at 9:00 am |

IT IS SO ORDERED.

Dated: August 31, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE