UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:19-cr-00107-KJM |
|---|---|
| Plaintiff, | |
| v. | ORDER TO FILE DOCUMENTS EX PARTE AND UNDER SEAL |
| JASON KIEF CORBETT, | |
| Defendant. | |

Applications for Orders to File Documents Under Seal having been made in the above-entitled matter, and the Court being fully advised and good cause appearing, it is HEREBY ORDERED that the following items be filed ex parte and under seal and their confidentiality maintained:

1. CDCR's August 7, 2023 request for a protective order;

2. CDCR's August 7, 2023 request to seal; and

3. The Court's detailed order ruling on the two above requests.

SO ORDERED.

Dated: 09/20/2023

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE