R‍OB B‍ONTA, State Bar No. 202668
Attorney General of California
M‍ARIA G. C‍HAN, State Bar No. 192130
Supervising Deputy Attorney General
L‍UCAS L. H‍ENNES, State Bar No. 278361
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7323
 Fax: (916) 322-8288
 E-mail: Lucas.Hennes@doj.ca.gov
*Attorneys for Third Party California Department of Corrections and Rehabilitation*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 2:19-cr-00107-KJM |
| v. | [~~PROPOSED~~] **STIPULATED PROTECTIVE ORDER** |
| **JASON CORBETT,** | |
| Defendant. | |

IT IS HEREBY STIPULATED, as follows:

The following protective order shall govern the use and disclosure of documents and/or information produced in the case of *United States of America v. Jason Corbett,* case number 2:19-cr-00107-KJM ("this case") as requested by the June 26, 2023 subpoena duces tecum issued by defendant Jason Corbett ("the requested confidential information"):

1. Under no circumstances shall the requested confidential information be used in any proceeding other than this case or be disseminated, in any form, except by court order.

2. Under no circumstances shall the requested confidential information, either orally or in written form, be input into any computer program or database or listed manually in any

manual, notebook or other listing as it pertains to law enforcement personnel.  This does not apply to any computer program or case file maintained specifically as to this case.

    3.    Disclosure of the requested confidential information shall be limited to the personnel and/or classification of persons listed below:

        a.  counsel for Jason Corbett and counsel for the California Attorney General's Office;

        b.  staff personnel employed by counsel Jason Corbett and counsel for the California Attorney General's Office;

        c.  experts or consultants retained to work on this case by Jason Corbett and counsel for the California Attorney General's Office; and

        d.  investigators retained by counsel for Jason Corbett and counsel for the California Attorney General's Office.

    4.    No person, including defense counsel, shall disclose to defendant Jason Corbett, or any other defendant, either orally or in writing, any information within the requested confidential information without requesting and receiving approval to do so by the Court.  Such request may be made under seal, but the California Department of Corrections and Rehabilitation shall be permitted to respond to such request.

    5.    Counsel for Jason Corbett and counsel for the California Attorney General's Office shall, before any disclosure of the requested confidential information, provide a copy of this protective order to those individuals to whom disclosure of the requested confidential information is to be made and notify them of the contents of this protective order.  Before disclosure of the requested confidential information, counsel shall obtain the written consent of the individual that he or she will be bound by this protective order.  In the event an individual does not consent to be bound by the protective order, no disclosure of the requested confidential information shall be made to the individual.

    6.    Any counsel, expert, consultant, or investigator retained by counsel Jason Corbett and counsel for the California Attorney General's Office shall not refer to the requested confidential information in any other court proceeding subject to further order of this Court.

7. Except for documentation filed under seal by the Court, all originals and copies of any disclosed records shall be returned to counsel for the California Department of Corrections and Rehabilitation, or destroyed, by all persons in receipt of the requested confidential information within ten (10) days after final termination of this case, whether such termination occurs by settlement, judgment, dismissal, appeal, or otherwise.

8. This protective order, and the obligations of all persons thereunder, including those relating to the disclosure and use of the requested confidential information, shall survive the final termination of this case, whether such termination is by settlement, judgment, dismissal, appeal, or otherwise, until further order of the Court.

9. Nothing in this protective order is intended to prevent authorized individuals from having access to confidential information to which they would have had access in the normal course of their duties.

IT IS SO STIPULATED.

Dated: October 12, 2023

/s/ Kresta Daly
Kresta Daly
*Attorney for Defendant*

Dated: October 12, 2023

/s/ Lucas L. Hennes
Lucas L. Hennes
Deputy Attorney General
*Attorney for CDCR*

IT IS SO ORDERED.

Dated: October 16, 2023

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE