Kresta Nora Daly, SBN 199689
**BARTH DALY** LLP
2810 Fifth Street
Davis, CA 95618
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email:       kdaly@barth-daly.com

Richard G. Novak, SBN 149303
Naomi L. Svensson SBN 251660
**Richard G. Novak, APLC**
P.O. Box 5549
Berkeley, CA 94705
Telephone: (626) 578-1175
Facsimile: (626) 685-2562
Email:       richard@rgnlaw.com

Attorneys for Defendant
JASON CORBETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD YANDELL, et al.,<br><br>Defendants. | ~~FILED UNDER SEAL~~<br><br>Case No. 2:19-CR-00107-KJM<br><br>**ORDER GRANTING *EX PARTE* APPLICATION OF DEFENANT JASON CORBETT FOR LEAVE TO FILE UNDER SEAL EXHIBIT D IN SUPPORT OF CONCURRENTLY FILED JOINT DEFENSE MOTION FOR DISCLOSURE OF "BASES AND REASONS" FOR SPECIAL AGENT CORY PERRYMAN'S OPINIONS UNDER RULE 16(a)(1)(G)** |

**ORDER**

Good cause appearing, the Court hereby grants defendant's request and orders defendant's ex parte request and Exhibit D be filed under seal.

Dated: November 29, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE