Kresta Nora Daly, SBN 199689
**BARTH DALY** LLP
2810 Fifth Street
Davis, CA 95618
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email:        kdaly@barth-daly.com

Richard G. Novak, SBN 149303
Naomi L. Svensson SBN 251660
**Richard G. Novak, APLC**
P.O. Box 5549
Berkeley, CA 94705
Telephone: (626) 578-1175
Facsimile: (626) 685-2562
Email:        richard@rgnlaw.com

Attorneys for Defendant
JASON CORBETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>RONALD YANDELL, et al.,<br><br>　　　　　Defendants. | ~~**FILED UNDER SEAL**~~<br><br>Case No. 2:19-CR-00107-KJM<br><br>**ORDER GRANTING *EX PARTE* APPLICATION OF DEFENANT JASON CORBETT FOR LEAVE TO FILE UNDER SEAL EXHIBIT D IN SUPPORT OF CONCURRENTLY FILED JOINT DEFENSE MOTION FOR DISCLOSURE OF "BASES AND REASONS" FOR SPECIAL AGENT CORY PERRYMAN'S OPINIONS UNDER RULE 16(a)(1)(G)** |

**ORDER**

Good cause appearing, the Court hereby orders the requested documents sealed.

Dated: December 5, 2023.

CHIEF UNITED STATES DISTRICT JUDGE