1    Kresta Nora Daly, SBN 199689
     **BARTH DALY** LLP
2    P.O. Box F
     WINTERS, CA 95694
3    Telephone: (916) 440-8600
     Facsimile: (916) 440-9610
4    Email:      kdaly@barth-daly.com

5    Richard G. Novak, SBN 149303
     Naomi L. Svensson SBN 251660
6    **Richard G. Novak, APLC**
     P.O. Box 5549
7    Berkeley, CA 94705
     Telephone: (626) 578-1175
8    Facsimile: (626) 685-2562
     Email:      richard@rgnlaw.com
9

10   Attorneys for Defendant
     JASON CORBETT
11

12             IN THE UNITED STATES DISTRICT COURT

13         FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15   UNITED STATES OF AMERICA,          Case No. 2:19-CR-00107-KJM-8

16            Plaintiff,                **DEFENDANT JASON CORBETT'S
                                        SENTENCING MEMORANDUM**
17      v.
                                        **Hearing Date: 09/24/2024**
18   JASON CORBETT.
                                        **Hearing Time: 9:30 am**
19            Defendant.
                                        **BEFORE THE HONORABLE
20                                      KIMBERLY J. MUELLER, SENIOR
                                        JUDGE**
21

22

23

24       Defendant Jason Corbett, by and through his counsel of record, hereby files his

25   sentencing memorandum for the Court's consideration prior to the sentencing

26   scheduled to occur on September 24, 2024.

27

28

                                        1

1  Dated:  September 19, 2024          Respectfully submitted,

2

3                                      By /s/ Richard G. Novak
                                       KRESTA NORA DALY
4                                      RICHARD G. NOVAK
                                       NAOMI L. SVENSSON
5                                      Attorneys for Jason Corbett

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SENTENCING MEMORANDUM**

Mr. Corbett's Presentence Investigation Report (PSR) was disclosed to the Court and the parties on September 17, 2024.  (Doc. No. 2442) Mr. Corbett reviewed the PSR with his counsel on September 19, 2024.  Mr. Corbett has no objections to the contents of the PSR, nor does he have any objections to the sentencing recommendation (Doc. No. 2442-1).

The PSR and sentencing recommendation are silent on the issue of whether the sentence imposed in this matter should run concurrent with or consecutive to the undischarged indeterminate 25 years to Life sentence in Butte County Superior Court Case No. CM009910, which Mr. Corbett is currently serving in the California Department of Corrections.  United States Sentencing Guidelines section 5G1.3(a) provides that the sentence in this case "shall be imposed to run consecutively" to Mr. Corbett's undischarged term of imprisonment because the instant offense was committed while he was serving that term of imprisonment.

Mr. Corbett requests that judgment entered by this Court specifically state and require that the sentence imposed here is to be served consecutive to that undischarged term of imprisonment.


Dated:  September 19, 2024          Respectfully submitted


                                   By __*/s/ Richard G. Novak*_____
                                   KRESTA NORA DALY
                                   RICHARD G. NOVAK
                                   NAOMI L. SVENSSON
                                   Attorneys for Jason Corbett